IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-132-CV





STEVEN B. RASH,



 APPELLANT


vs.





ROGERS D. WILSON,



 APPELLEE



 




FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY



NO. 217,603-A, HONORABLE STEVE RUSSELL, JUDGE PRESIDING



 




PER CURIAM

 The parties have filed a joint motion to dismiss this appeal. The joint motion is
granted. Tex. R. App. P. 59(a)(1). Appellee's motion to dismiss and appellee's amended motion
to dismiss are submitted and dismissed.

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Dismissed on Joint Motion

Filed: May 18, 1994

Do Not Publish